UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>    Defendants. | Case No. 22-cv-07349-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 48 |

The parties have filed a notice of settlement within their most recent case management statement. ECF No. 48 at 2 ("The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within sixty (60) days."). Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 75 days of the date of this order.

**IT IS SO ORDERED**.

Dated: June 24, 2024

    _____
    JON S. TIGAR
    United States District Judge